# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | JAVIER V GONZALEZ & FLORFINA ACOSTA |
| **Case Number:** | 2:08-bk-06951-SSC  **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 03, 2009 10:00 AM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | WANDA GARBERICK |
| **Reporter / ECR:** | ANDAMO PURVIS |

## *Matter:*

HEARING ON DEBTORS MOTION TO VACATE ORDER LIFTING STAY

**R / M #:**   83 / 0

## *Appearances:*

JAVIER V GONZALEZ
FLORFINA ACOSTA
GABRIEL GONZALEZ, DAUGER/TRANSLATOR TO DEBTORS
LEONARD MCDONALD, ATTORNEY FOR WELLS FARGO

## *Proceedings:*

Ms. Gonzalez states that the notice of preliminary hearing was received on the same day as the hearing was set. She further states that payments were made to Wells Fargo, but returned. She believes that they are two payments behind. Mr. McDonald acknowledges that the notice of hearing was sent to the wrong address. He states that his client shows that the debtors are in default for six months and he is willing to work with them on catch up payments.

COURT: THE COURT NOTES THAT THE NOTICE OF HEARING WAS MAILED THE THE WRONG ADDRESS. BASED UPON DUE PROCESS, THE COURT WILL SET ASIDE THE ORDER VACATING THE STAY. THE COURT ADVISES THE DEBTORS TO WORK WITH THE TRUSTEE ON CONFIRMATION. IT IS ORDERED SETTING A SECTION 105 STATUS HEARING ON CONFIRMATION, AND SETTING A PRELIMINARY HEARING ON THE MOTION FOR RELIEF FROM STAY FOR OCTOBER 8, 2009 AT 1:30 P.M. THE STAY WILL REMAIN IN PLACE PENDING THE HEARING.

Copies of the foregoing/emailed   9/3/09   to:

Russell Brown, trsutee@ch13bk.com

By Wanda Garberick
   Deputy Clerk